```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                              HOUSTON DIVISION
```

| | |
|---|---|
| SHIRLEY SMITH, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-03-5900 |
| § | |
| SEAN O'KEEFE, Administrator, § | |
| NASA, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Defendant Sean O'Keefe's Motion to Dismiss Pursuant to Rule 12(b)(1) (Document No. 29) and Motion for Summary Judgment (Document No. 30) are GRANTED, and Plaintiff Shirley Smith's case is DISMISSED.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 31st day of July, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE